UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CELESTE OLIVIA-RODRIGEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No.  2:26-cv-2346-TLN-JDP (PS)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

Plaintiff, proceeding without counsel, has filed this civil action against Markwayne Mullin, Todd Blanche, Kerri Ann Quihuis, Michael Bernacke, and Todd Lynos.

The federal venue statute states that a civil action against an officer or employee of the United States be brought in "(A) a defendant in the action resides, (B) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (C) the plaintiff resides if no real property is involved in the action." 28 U.S.C. § 1391(e)(1).

In this case, plaintiff appears to reside in Los Angeles County, which is in the Central District of California, and none of the defendants reside in the Eastern District of California. ECF No. 1 at 3-4; *see* 28 U.S.C. § 84(c). Thus, this action should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may

1

transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, it is hereby ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:    July 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2